UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY P. JONES                                    CIVIL ACTION

VERSUS                                           NO: 06-0226

BURL CAIN, WARDEN                                SECTION: "R"(5)

### ORDER AND REASONS

The Court, having reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.  The Magistrate Judge's recommended ruling is correct and that there is no merit to petitioner's objections. Accordingly, IT IS ORDERED that Jones' petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 24th day of June, 2008.

*Sarah Vance*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE